NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESP SHIBUYA ENTERPRISES, INC., ET AL., | Civil Action No. 08-3992 (PGS) |
| Plaintiffs, | |
| v. | |
| FORTUNE FASHIONS INDUSTRIES, ET AL., | **ORDER** |
| Defendants. | |

A Report and Recommendation was filed on April 9, 2009 recommending that this Court grant Defendant Fortune Fashion Industries' motion to transfer this case to the Central District of California. The parties were given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing, it is on this __15__ day of May, 2009, hereby

ORDERED that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court; and it is further

ORDERED that this case is transferred to the Central District of California.

_____
PETER G. SHERIDAN, U.S.D.J.